**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROBIN ANDERSON** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 17-3085 |
| : | |
| **CENTRA ASSOCIATES, L.P.,** : | |
| : | |
| **And** : | |
| : | |
| **E-Z PARK, INC.,** : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Robin Anderson, (the "Plaintiff") and Centra Associates, L.P., and E-Z Park, Inc., (the "Defendants") stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties further stipulate that each party shall bear his/its own costs and attorney's fees.

| | |
|---|---|
| s/Franklin J. Rooks, Jr. | s/F. Warren Jacoby |
| BY: FRANKLIN J. ROOKS, JR., ESQUIRE | BY: F. WARREN JACOBY, ESQUIRE |
| ***Jacobson & Rooks, LLC*** | ***Cozen O'Connor*** |
| 525 Route 73 North, Suite 104 | 1650 Market Street, Suite 2800 |
| Marlton, NJ, 08053 | Philadelphia, PA, 19103 |
| Telephone No. (856) 874-8999 | Telephone No. (215) 665-2154 |
| | |
| *Attorney for Plaintiff, Robin Anderson* | *Attorney for Defendants* |
| | |
| Date: April 24, 2018 | Dated: April 24, 2018 |