### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBIN ANDERSON,**  :  :  **Plaintiff,**  :  :  v.  :  :  **CENTRA ASSOCIATES, L.P., et al.,**  :  :  **Defendants.**  : | **CIVIL ACTION**  **NO. 17-3085** |

### ORDER

**AND NOW**, this _24th____ day of April, 2018, upon consideration of the joint Stipulation of Dismissal with Prejudice (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

> **BY THE COURT:**
>
> **/s/ Petrese B. Tucker**
> _____
> **Hon. Petrese B. Tucker, U.S.D.J.**